IN THE MATTER OF THE MARRIAGE OF

CAUSE NO. 12-1808-D

RE: 12-14-00203-CV


LINDA C. TATE                                              IN THE 321ST JUDICIAL DISTRICT

vs                                                                COURT of the STATE OF TEXAS

LARRY D. REDDIC SR.                                      THE COUNTY of SMITH COUNTY


NOTICE OF LATE FILING OF APPEAL

FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 1 5 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

TO THE HONORABLE JUDGE OF SAID COURT:

Linda C. Tate comes before the Courts asking to excuse the reason why this Appeal was filed on July 7 2014. I went to file the Appeal on July 3, 2014 at the Smith County Court House. I arrived at 4:28 pm. Two Smith County deputies said that everyone had left for the day in observance of Independence Day on Friday July 4, 2014.

1. There were still cars around the Court House as the 321st newest hired employee (clerk) was coming out the Court House around 4:30 pm. (Young Hispanic Woman)
2. The Court House was in the scope of a normal day for July 3, 2014.
3. Closure for the Smith County Court for Thursday for  July 3, 2014 was at 5:00 pm
4. Everyone did not leave early as the deputies had stated but denied people from entering for their last minute filing.
5. I wasn't the only one that had business that day several people came after me and was also denied entrance into the Court House.
6. Records showed on the Smith County website a normal day of business for July 3, 2014 no early closure
7. Linda C. Tate did appear for the filing on July 3, 2013 of the Appeal
8. On Monday July 7, 2014 I went back to the Court House  to file Appeal
9. Smith County librarian (notary) Kara Barrett stated to Linda C. Tate "that she was there(work) Thursday July 3, 2014 until 5:00pm and she was not aware that employees were taking off early for they never tell her anything."

10. After the filing of the Appeal with the 321st District Court, I sent my husband Larry Donell Reddic Sr. via certified return receipt through the USPS #70132630000044049125, expected delivery 7/8/2014.

11. Linda C. Tate being pro se with limitations will never intentionally disregard an order or fail to comply. Even though memory and comprehension isn't 100% but I will give my best even though I don't know if things are done right so please excuse the form if not properly done. Tex. R. Civ. P. 198.3

Linda C. Tate (Pro Se), prays that this Appeal be excused for its lateness, every attempt was made to honor the Courts Order on July 3, 2014 before 5:00 pm.

Respectfully submitted,

Linda C. Tate (Pro Se)

16397 CR 363

Winona, Texas 75792

Tel: (903) 312-7446

Email: lindatate82@gmail.com

### Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on January 15, 2014.

Linda C. Tate (Pro Se)

# AFFIDAVIT FOR NOTICE OF LATE FILING OF APPEAL

**Affiant**

**SWORN TO AND SUBSCRIBED before me on the** _15th_ **day of** _January_ **, 20**_15_ **.**

_[signature]_

**Notary Public, State of Texas**

**Notary's printed name** _Kara Barrett_

KARA BARRETT
Notary Public, State of Texas
My Commission Expires
February 10, 2018

_Kara Barrett_ **My commission expires:** _2-10-18_

# AFFIDAVIT FOR NOTICE OF LATE FILING OF APPEAL

**Affiant**

**SWORN TO AND SUBSCRIBED** before me on the _15th_ day of _January_, 20_15_.

_Linda C. S_

**Notary Public, State of Texas**

**Notary's printed name** _Kara Barrett_



KARA BARRETT
Notary Public, State of Texas
My Commission Expires
February 10, 2018

_Kara Barrett_ **My commission expires:** _2-10-18_

FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 1 5 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK